```
Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Plaintiff Aurora Cervantes
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BROOKS RANCH RESTAURANT,<br><br>MATTHEW JERKOVICH,<br><br>　　　　Defendants. | **1:13-cv-00043-SAB**<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION AGAINST ALL DEFENDANTS** |

　　　IT IS HEREBY requested by Plaintiff, Aurora Cervantes, through counsel Russell S. Humphrey, that defendants, BROOKS RANCH RESTAURANT and MATTHEW JERKOVICH, be and hereby dismissed WITH PREJUDICE pursuant to FRCP 41 (a)(2).

　　　Plaintiff requests Defendants BROOKS RANCH RESTAURANT and MATTHEW JERKOVICH'S matter be dismissed because plaintiff and defendants have settled their dispute.

Dated:   June 19, 2013

                              Humphrey Law Group

                            /s/ Russell S. Humphrey
                            By: RUSSELL S. HUMPRHEY
                            Attorney for Plaintiff

IT IS SO ORDERED.

Dated:   **June 19, 2013**

                                         UNITED STATES MAGISTRATE JUDGE